UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KOICHI SAITO and LYNNEA SAITO,

    Plaintiffs,

v.   Case No.: 2:23-cv-506-SPC-KCD

COREY LEWIS, PRATIK PATEL, DE CUBAS AND LEWIS, PA, MOLLY EMMA CAREY, STATE OF FLORIDA and JOSEPH FOSTER,

    Defendants.
_____/

## ORDER

Before the Court is pro se Plaintiffs Koichi Saito and Lynnea Saito's Notice of Removal. (Doc. 1). The Saitos are defendants in a residential foreclosure state court case (Case No. #11-2023-CA-000138) that they attempt to remove here.

The Saitos removal suffers from procedural deficiencies. Under 28 U.S.C. § 1446(a), removing defendants must file a notice "containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders" served on them in state court. Local Rule 1.06 echoes this requirement: "The removing party must file with the notice of removal a legible copy of each paper docketed in the state court." Here, the

Saitos provide no statement on the removal's basis. Nor did they provide any documents from the state court record. Finally, they did not pay the filing fee nor move for leave to proceed in forma pauperis.

Accordingly, it is now

**ORDERED:**

1. This action is **REMANDED** to the Twentieth Judicial Circuit Court in and for Collier County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit Court in and for Collier County, Florida.

3. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 26, 2023.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record